RONALD KING, TRUSTEE, ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
GREENWICH

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*A. William Mottolese,* in support of the petition.

*David Kotkin,* in opposition.

Submitted December 5—decided December 20, 1972

MARY B. SOFRIN ET AL. *v.* VICTOR LUNDBERG

The defendant's motion requesting this court to vacate the order vacating the judgment of dismissal from the Superior Court in Hartford County is denied.

*John R. FitzGerald,* in support of the motion.

Submitted December 6—decided December 20, 1972

JOHN E. WILLARD *v.* GEORGE H. WILLARD

The defendant's motion from the Superior Court in Tolland County for permission to file an amended appendix to his brief is granted provided that the amended appendix is filed on or before January 24, 1973.

*David C. Wichman,* in support of the motion.

Submitted December 6—decided December 20, 1972